1
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| SREAM, INC, a California corporation, | Case No. 5:16-cv-00806-JAK-KK |
| Plaintiff, | **JUDGMENT** |
| v. | **JS-6** |
| PANKAJ R. LAVINGIA, *et al.*, | |
| Defendants. | |

Having granted the Motion for Default Judgment brought by Plaintiff Sream, Inc. ("Sream" or "Plaintiff") against Defendant Pankaj R. Lavingia ("Lavingia" or "Defendant"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff on all claims, and Lavingia is liable to Plaintiff in the amount of $28,100.00 (comprising statutory damages of $25,000, attorney's fees of $2,500, and costs of $600).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Lavingia, his agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concert or participation with him are permanently restrained and enjoined from infringing upon the RooR Marks[1] directly or contributorily, in any manner, including but not limited to:

(a) import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising or promotion of the counterfeit RooR product identified in the complaint and any other unauthorized RooR product, counterfeit, copy or colorful imitation thereof;

(b) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in subparagraph (a) above.

IT IS SO ORDERED.

DATED: August 10, 2016

_____
Hon. John A. Kronstadt
United States District Court Judge

---

[1] United States Trademark Registration Nos. 3.675.839, 2.307.176, and 2.235.638

2